UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J6 HISTORICAL SOCIETY,

Plaintiff,

v.

JEANINE FERRIS PIRRO, in her official capacity as United States Attorney for the District of Columbia,

Defendant.

Civil Action No. 26-2811 (JEB)

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant moves, by and through undersigned counsel, for an extension of the deadline to respond to the Complaint (ECF No. 1). Defendant respectfully requests that the response deadline be extended from the current deadline of November 9, 2026, to December 9, 2026. This is Defendant's first request to extend the deadline to respond to the Complaint. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel prior to filing this motion, and Plaintiff consents to the relief requested herein. Good cause supports this motion, as set forth below:

Undersigned counsel has been assigned a significantly large volume of cases with competing deadlines that have limited his ability to prepare an appropriate response to the Complaint. This extension request takes into account existing deadlines in other cases during the requested extension period. Among his many responsibilities, undersigned counsel anticipates that over the next few weeks he will be responsible for writing multiple summary judgment motions and motions to dismiss in other cases, in addition to writing an appellate brief with the

D.C. Circuit due later this month. Accordingly, to afford undersigned counsel sufficient time to prepare an appropriate response to the Complaint, Defendant respectfully requests an extension so that the new deadline for responding to the Complaint would be December 9, 2026.

The requested extension would not impact any other deadlines in this case. A proposed order is attached.

Dated: November 3, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Brett S. Covington_*

BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J6 HISTORICAL SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>JEANINE FERRIS PIRRO, in her official capacity as United States Attorney for the District of Columbia,<br><br>Defendant. | Civil Action No. 26-2811 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's deadline to respond to the Complaint, ECF No. 1, is extended up to and including December 9, 2026.

**SO ORDERED**, this ___ day of _____________, 2026.

JAMES E. BOASBERG
United States District Judge